# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ <br> _____ <br> _____ <br> _____ <br> _____, <br> **Plaintiff(s),** <br><br> v. <br><br> _____ <br> _____ <br> _____ <br> _____ <br> _____, <br> **Defendant(s)/** <br> **Third-Party Plaintiff(s),** <br><br> v. <br><br> _____ <br> _____ <br> _____ <br> _____, <br> **Third-Party Defendant(s).** <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No.** _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
(type of party)
who is _____, makes the following disclosure:
(name of party)

☐ YES    ☐ NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    _____

    _____

    _____

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    _____
    _____
    _____
    _____

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

    _____
    Signature of Counsel for Party

Date: _____