UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIG EUROPE S.A. a/s/o UNILEVER UNITED STATES, INC., and CONOPCO, INC., d/b/a UNILEVER, UNILEVER UNITED STATES, INC., and CONOPCO, INC.<br><br>                            Plaintiffs,<br>           v.<br>C&S WHOLESALE GROCERS, INC., and A.E.D.S, LLC<br><br>                            Defendants. | CIVIL ACTION<br><br>NO. 3:21-CV-01212-JFS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Joseph R. Fowler, Esquire of Fowler Hirtzel McNulty & Spaulding, LLP on behalf of Defendant, A.E.D.S. LLC, in connection with this matter.

                                                **FOWLER HIRTZEL MCNULTY & SPAULDING, LLP**

                                        **By:** _/s/ Joseph R. Fowler_

Dated: October 25, 2021                      JOSEPH R. FOWLER, ESQUIRE
                                                        PA ID #: 55661
                                                        Fowler, Hirtzel, McNulty & Spaulding, LLP
                                                        1717 Arch Street., Suite 1310
                                                        Philadelphia, PA 19103
                                                        P: 215-789-4848
                                                        F: 215-613-4994
                                                        E: jfowler@fhmslaw.com
                                                        Attorney for Defendant, A.E.D.S. LLC