## CERTIFICATE OF SERVICE

I, Joseph R. Fowler, Esquire, attorney for Defendant, A.E.D.S., LLC, certify that a true and correct copy of the foregoing Answer with Affirmative Defenses will be served pursuant to Fed. R. Civ. P. 5(b) via electronic filing and email on October 25th, 2021.

                                                FOWLER HIRTZEL MCNULTY & SPAULDING, LLP

                              By: *[signature]*

Dated: October 25, 2021                  JOSEPH R. FOWLER, ESQUIRE
                                                PA ID #: 55661
                                                Fowler, Hirtzel, McNulty & Spaulding, LLP
                                                1717 Arch Street., Suite 1310
                                                Philadelphia, PA 19103
                                                P: 215-789-4848
                                                F: 215-613-4994
                                                E: jfowler@fhmslaw.com
                                                Attorney for Defendant, A.E.D.S. LLC