IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIG EUROPE S.A. a/s/o UNILEVER UNITED STATES, INC. and CONOPCO, INC. d/b/a UNILEVER, UNILEVER UNITED STATES, INC., and CONOPCO, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC. and A.E.D.S LLC,<br><br>    Defendants | Case No: 3:21-CV-01212-JFS<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, to-wit, this _____day of _____, 2021, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion of C&S Wholesale Grocers, Inc. to Enlarge Time for filing of its Response to Plaintiff's Complaint is GRANTED.

C&S Wholesale Grocers, Inc. shall file its Response to Plaintiff's Complaint on or before November 16, 2021.

_____, J.