IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIG EUROPE S.A. a/s/o UNILEVER UNITED STATES, INC. and CONOPCO, INC. d/b/a UNILEVER, UNILEVER UNITED STATES, INC., and CONOPCO, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC. and A.E.D.S LLC,<br><br>    Defendants | Case No: 3:21-CV-01212-JFS<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF CONCURRENCE

The undersigned counsel for Defendant, C&S Wholesale Grocers, Inc., hereby certifies that on October 29, 2021, he conferred with counsel for Plaintiffs regarding Defendant's Motion to Enlarge Time to File a Responsive Pleading. Plaintiff concurs with the Motion.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Donald H. Smith*
Donald H. Smith (PA I.D. 41011)
One PPG Place | 28th Floor
Pittsburgh, PA 15222
donald.smith@lewisbrisbois.com
Tel: (412) 567-5596
Fax: (412) 567-5494s