IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIG EUROPE S.A. a/s/o UNILEVER UNITED STATES, INC. and CONOPCO, INC. d/b/a UNILEVER, UNILEVER UNITED STATES, INC., and CONOPCO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> C&S WHOLESALE GROCERS, INC. and A.E.D.S LLC, <br><br> Defendants | <br><br><br><br><br> Case No: 3:21-CV-01212-JFS <br><br><br><br> **JURY TRIAL DEMANDED** |

### ORDER OF COURT

AND NOW, to-wit, this 2nd day of November, 2021, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion of C&S Wholesale Grocers, Inc. to Enlarge Time for filing of its Response to Plaintiff's Complaint is GRANTED.

C&S Wholesale Grocers, Inc. shall file its Response to Plaintiff's Complaint on or before November 16, 2021.

_____, J.