THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIG EUROPE S.A. a/s/o UNILEVER UNITED STATES, INC. AND CONOPCO, INC. d/b/a UNILEVER, et al., | |
| Plaintiffs, | |
| v. | 3:21-CV-1212 |
| C&S WHOLESALE GROCERS, INC., et al., | (JUDGE MARIANI) |
| Defendants. | |

| | |
|---|---|
| UNITED STATES COLD STORAGE, LLC, | |
| Plaintiff, | |
| v. | 3:21-CV-1161 |
| HARBOR FREIGHT, TOOLS USA, INC., et al., | (JUDGE MARIANI) |
| Defendants. | |

## ORDER

The background of this Order is as follows:

On July 9, 2021, Plaintiffs Unilever United States, Inc. and Conopco d/b/a Unilever and AIG Europe S.A. ("AIG") filed a Complaint in civil action number 3:21-cv-1212. (3:21-cv-1212, Doc. 1). On September 2, 2021, Plaintiffs filed an Amended Complaint, naming C&S Wholesale Grocers, Inc. and A.E.D.S., LLC, as Defendants (*id.* at Doc. 6).

Prior to the filing of Plaintiffs' Complaint in civil action number 3:21-cv-1212, United States Cold Storage, LLC, had filed a Complaint in civil action number 3:21-cv-1161 against

Defendants Harbor Freight Tools, USA, Inc. and A.E.D.S. (3:21-cv-1161, Doc. 1). Although Defendant A.E.D.S. filed an Answer on September 14, 2021 (*id.* at Doc. 8), as of the date of this Order, no counsel has entered an appearance on behalf of Defendant Harbor Freight.

On November 2, 2021, civil action number 3:21-cv-1161 was consolidated with civil action number 3:21-cv-1212, and thus all filings after November 2, 2021 are made in civil action 3:21-cv-1212.

On November 16, 2021, Defendant C&S Wholesaler Grocers, Inc. was granted an extension of time, until November 22, 2021, to file a Response to Plaintiff's Amended Complaint. (*See* 3:21-cv-1212, Doc. 20). As of the date of this Order, C&S has filed neither an Answer nor other responsive pleading, nor has any party filed any further document of record.

**ACCORDINGLY**, **THIS** \_\_25th\_\_ **DAY OF JULY, 2022, IT IS HEREBY ORDERED THAT** the parties shall file a joint letter in civil action 3:21-cv-1212 no later than **seven days** from the date of this Order setting forth the status of the above-captioned consolidated action.

Robert D. Mariani
United States District Judge